JUL-25-2007 13:59 FROM:PROBATION         14154367572         TO:K L Gates LLP         P.3/4
                                                                              No. 2188   P  3
Jul 25. 2007  2:00PM
                                  US ATTORNEY OFFICE    Fax      Jul 25 2007 12:30pm  P002/003
Jul. 25. 2007 11:40AM                                            No. 2187     P  2
                                                RECEIVED                     FILED
                                                07 JUL 30 AM 11:27           AUG 0 1 2007
                                                RICHARD W. WIEKING           RICHARD W. WIEKING
                                                CLERK, U.S. DISTRICT COURT   CLERK, U.S. DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA  NORTHERN DISTRICT OF CALIFORNIA

1  JEFFREY L. BORNSTEIN (State Bar No. 99358)
   LEAH O. SHOUGH (State Bar No. 239048)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  Four Embarcadero Center, 10th Floor
   San Francisco, CA 94111-4106
4  Telephone: (415) 249-1000
5  Fax:       (415) 249-1001

6  Attorneys for Defendant
   SHAWN CURTIS SANCHEZ
7

8
9                         UNITED STATES DISTRICT COURT
10                       NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,         )  Case No.: CR06-0316-MHP
13                                    )
          Plaintiff,                  )  STIPULATION AND [PROPOSED]
14                                    )  ORDER CONTINUING SENTENCING
          vs.                         )  HEARING
15                                    )
16  SHAWN CURTIS SANCHEZ,             )
                                      )
17        Defendant.                  )
                                      )
18

19
20
21
22        For good cause shown and subject to this Court's approval, the parties stipulate that the
23  sentencing hearing that is currently scheduled for September 10, 2007 be continued to October
24  29, 2007 at 9:00 a.m., in San Francisco. The purpose of this continuance is to permit the
    Defendant to obtain additional records from Hawaii that may be relevant.
25
26
27
28
                                               1
            STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1　IT IS SO STIPULATED.
2
3　　　　　　　　　　　　　　　　　　　KIRKPATRICK & LOCKHART
　　　　　　　　　　　　　　　　　　　PRESTON GATES ELLIS LLP
4
5
6　Dated: July ___, 2007　　　By: _____
7　　　　　　　　　　　　　　　　　　Jeffrey L. Bornstein
　　　　　　　　　　　　　　　　　　Leah Shough
8　　　　　　　　　　　　　　　　　　Attorneys for SHAWN C. SANCHEZ
9
　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
10　　　　　　　　　　　　　　　　　　United States Attorney
11
12　Dated: July 25, 2007　　　By: _____
13　　　　　　　　　　　　　　　　　　STEPHEN H. JIGGER
　　　　　　　　　　　　　　　　　　BARBARA BRENNAN SILANO
14　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
15
16　Approved:
17
　　/S/ _Ann Bled_ 7/25/07
18　Sara Black
19　US Probation Officer

20　　　　　　　　　　　　　　　ORDER

21　　　For good cause shown, the Court HEREBY ORDERS that the sentencing hearing

22　currently scheduled for September 10, 2007 shall be continued to October 29, 2007 in San

23　Francisco at 9:00 a.m.

24　So Ordered.
25　DATED: July 1, 2007　　　　_____
26　　　　　　　　　　　　　　　　　Hon. Marilyn Hall Patel
　　　　　　　　　　　　　　　　　United States District Court Judge
27
28

---
2
**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**